From: The District Court of the Eleventh Judicial District. County of Lincoln.
STATE OF MONTANA, Plaintiff, vs. THOMAS ALAN PENNER, Defendant.

### DECISION

No. 1202, 1206, 1211

The application of the above-named defendant for a review of the sentence of 9 years each count concurrent for Criminal Mischief, Theft and Burglary imposed on April 8th, 1976 was fully heard and after a careful consideration of the entire matter it is decided that:

The sentences be and remain as originally imposed.

We wish to thank the Montana Defender Project for assistance to the defendant and to this court.

DATED this 29th day of October, 1976.

SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Jack L. Green, Robert J. Boyd.

From: The District Court of the Fourth Judicial District. County of Lake.
STATE OF MONTANA, Plaintiff, vs. HOWARD PEONE, Defendant.

### DECISION

No. Cr 1164

The application of the above-named defendant for a review of the sentence of 20 years with 10 years suspended for Aggravated Assault imposed on April 7th, 1976, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank Urban J. Bear Don't Walk, Attorney, for his assistance to the defendant and to this court.

DATED this 29th day of October, 1976.

SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Robert J. Boyd.

From: The District Court of the Thirteenth Judicial District. County of Yellowstone.
STATE OF MONTANA, Plaintiff, vs. RICHARD LEE MYERS, Defendant.

### DECISION

No. 9704

The application of the above-named defendant for a review of the sentence of 8½ years for Burglary imposed on April 14th, 1976, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank Debra Boggs, Montana Defender Project, for her assistance to the defendant and to this court.

DATED this 29th day of October, 1976.

SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Jack L. Green, Robert J. Boyd.